

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-01033-CV

GONZALO SOSA, Appellant

V.

JULIO GARCIA, Appellee

Appeal from the County Civil Court at Law No. 1 of Harris County.   (Tr. Ct. No. 1036389).

**TO THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This is an appeal from the judgment signed by the court below on November 19, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** appellant, Gonzalo Sosa, to pay all appellate costs.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

